

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2019

No. 04-19-00510-CV

**IN RE S.E.,**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-1049-CV
Honorable Jessica Crawford, Judge Presiding

## O R D E R

The reporter's record in this case was originally due August 26, 2019. This court granted the court reporter's first request for an extension of time to file the record until September 25, 2019. On September 30, 2019, the court reporter requested an additional thirty days to file the reporter's record. The request is GRANTED. It is therefore ORDERED that the court reporter file the reporter's record no later than October 25, 2019. FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE DISFAVORED.

Sandee Bryan Marion
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2019.

LUZ ESTRADA,
Chief Deputy Clerk